# Third District Court of Appeal

## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-123
Lower Tribunal No. 18-8439 CC
_____

**H2O Restoration, LLC, etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Scott M. Janowitz, Judge.

Law Offices of Geoffrey B. Marks and Geoffrey B. Marks, for appellant.

Williams, Leininger & Cosby, P.A., and Carri S. Leininger and Maureen Martinez (N. Palm Beach), for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Sanchez v. Citizens Prop. Ins. Corp., No. 3D23-199, 2024 WL 1543297 (Fla. 3d DCA April 10, 2024).